# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | | |
|---|---|---|
| HERBERT WALLACE, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 3:22-cv-00297 |
| | § | |
| INDUSTRIAL TANK CLEANING SERVICES, LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On January 5, 2023, all pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 26. Judge Edison filed a memorandum and recommendation on March 13, 2023, recommending that Defendants Robin Richard and Audie Richard's Motion to Dismiss (Dkt. 17) be denied. *See* Dkt. 30.

No objections have been filed to the memorandum and recommendation. Accordingly, the court reviews it for plain error on the face of the record. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the court finds that there is no plain error apparent from the face of the record. Accordingly:

(1) Judge Edison's memorandum and recommendation (Dkt. 30) is approved and adopted in its entirety as the holding of the court; and

(2) Defendants Robin Richard and Audie Richard's Motion to Dismiss (Dkt. 17) is denied.

SIGNED on Galveston Island this 4th day of May, 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE

2